## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAYNE A. CORIASCO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 03-4064-GPM |
| | ) |
| METROPOLITAN LIFE INSURANCE COMPANY, VERIZON NORTH, INC., GTE NORTH, INC., GTE SERVICE CORPORATION, and VERIZON COMMUNICATIONS, INC., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**. This action came before the Court on Defendants' motions for summary judgment.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order filed February 7, 2005, and the Memorandum and Order filed October 31, 2005, Defendants' motions for summary judgment are granted. Judgment is entered in favor of Defendants, **METROPOLITAN LIFE INSURANCE COMPANY, VERIZON NORTH, INC., GTE NORTH, INC., GTE SERVICE CORPORATION, and VERIZON COMMUNICATIONS, INC.**, and against Plaintiff, **JAYNE A. CORIASCO**, and this action is dismissed **with prejudice.**

**DATED**: 10/31/05

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
     Deputy Clerk

APPROVED: s/ G. Patrick Murphy
     G. PATRICK MURPHY
     CHIEF U.S. DISTRICT JUDGE